# IN THE SUPREME COURT OF THE STATE OF NEVADA

DELBERT M. GREENE,
Petitioner,
vs.
THE SEVENTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF WHITE
PINE,
Respondent,
And
THE STATE OF NEVADA,
DEPARTMENT OF CORRECTIONS
Real Party in Interest.

No. 71284

**FILED**

JAN 12 2017

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DENYING PETITION

This petition for a writ of mandamus requests this court to order the district court to resolve petitioner's postconviction petition for a writ of habeas corpus. In response to an order of this court, the real party informed this court that the district court entered a written order resolving the habeas petition on November 29, 2016. Based on that information, we conclude that this petition is moot. Accordingly, we

ORDER the petition DENIED.

_____, J.
Douglas

_____, J.
Gibbons

_____, J.
Pickering

cc: Hon. Steve L. Dobrescu, District Judge
Delbert M. Greene
Attorney General/Carson City
White Pine County District Attorney
Seventh District Court Clerk